# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

135037

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JONATHAN NEIL SAARI,
   Defendant-Appellant.

SC: 135037
COA: 279028
Marquette CC: 06-043736-FH

_____/

   On order of the Court, the application for leave to appeal the August 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals for consideration as on leave granted.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

_____
Clerk

p1213